

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Roman Angelo Royal,                          * From the 132nd District Court
                                               of Scurry County,
                                               Trial Court No. 11110.

Vs. No. 11-23-00148-CR                       * December 12, 2024

The State of Texas,                          * Opinion by Trotter, J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.